IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| U.S.A. TECHNOLOGIES, INC., | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| vs. | : | NO. 09-3899 |
| | : | |
| JOHN DOE and JANE DOE | : | |
| ANONYMOUS INTERNET WEBSITE | : | |
| BLOGGERS OPERATING AS | : | |
| MICHAEL_MOORE_IS_FAT AND | : | |
| STOKKLERK | : | |
| Defendant. | : | |

## ORDER

AND NOW, this 9th day of December, 2009, the Complaint in this case having been filed on August 27, 2009, and it appearing from the docket that service of process has not yet been made, **IT IS ORDERED** that, on or before December 21, 2009, plaintiff shall file and serve a status report on (a) the question whether, pursuant to the Subpoenas *Duces Tecum* referenced in the Order of September 20, 2009, Yahoo! Inc., has identified the individuals operating under the names "Michael_moore_is_fat" and "stokklerk," (b) if not, has plaintiff been able to identify such persons, and (c) what, if anything, has been done with respect to service of process on such persons. One (1) copy of the status report shall be served on the Court (Chambers, Room 12613) when the original is filed.

BY THE COURT:

_____
JAN E. DUBOIS, J.

12/10/09 faxes:
M. Sherry Lurio, Esq.