UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| USA TECHNOLOGIES, INC. | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | |
| v. | : | NO.: 09-3899 |
| | : | |
| JOHN DOE AND JANE DOE | : | |
| ANONYMOUS INTERNET WEBSITE | : | |
| BLOGGERS OPERATING AS | : | |
| MICHAEL_MOORE_IS_FAT AND | : | |
| STOKKLERK | : | |
| Defendants. | : | |

## USA TECHOLOGIES, INC.'S STATUS REPORT

Pursuant to the Honorable Jan E. DuBois's Order dated December 9, 2009, the following is a status report in the above captioned matter.

On September 24, 2009, USA Technologies, Inc. (hereinafter "USAT") served a subpoena on Yahoo! Inc. via certified mail and Yahoo! Inc. signed for the mail on September 29, 2009. On October 15, 2009, Stokklerk filed a Motion to Quash Yahoo! Inc.'s disclosure of his/her identity and related information. The Motion to Quash has been filed in the United States District Court for the Northern District of California, San Francisco Division, case number CV 09-80275 MISC (SI), and the Motion to Quash is currently pending.

Michael_Moore_is_fat has not filed any opposition to the subpoena seeking information concerning his/her identity, but Yahoo! Inc. refused to provide any information to USAT about both

1

Stokklerk and Michael_Moore_is_fat while Stokklerk's Motion to Quash is pending.

Consequently, USAT has not yet been able to identify the individuals operating under the names Michael_Moore_is_fat and Stokklerk.

                        LURIO & ASSOCIATES, P.C.

BY: <u>Margaret Sherry Lurio   MSL7613</u>
     Margaret Sherry Lurio, Esquire
     One Commerce Square
     2005 Market Street, Suite 3320
     Philadelphia, PA 19103
     (215) 665-9300
     mlurio@luriolaw.com
     Attorney for Plaintiff USA
     Technologies, Inc.