IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| USA TECHNOLOGIES, INC., | : | CIVIL ACTION |
|     Plaintiff | : | |
| | : | |
| vs. | : | NO. 09-3899 |
| | : | |
| JOHN DOE and JANE DOE | : | |
| ANONYMOUS INTERNET WEBSITE | : | |
| BLOGGERS OPERATING AS | : | |
| MICHAEL_MOORE_IS_FAT AND | : | |
| STOKKLERK | : | |
|     Defendant. | : | |

**O R D E R**

**AND NOW**, this 17th day of December, 2009, upon consideration of USA Technologies, Inc.'s Status Report (Document No. 6, filed December 17, 2009), **IT IS ORDERED** that USA Technologies, Inc., shall file and serve status reports with respect to (a) the question whether, pursuant to the Subpoenas *Duces Tecum* referenced in the Order of September 20, 2009, Yahoo! Inc., has identified the individuals operating under the names "Michael_moore_is_fat" and "stokklerk," (b) if not, has plaintiff been able to identify such persons, and (c) what, if anything, has been done with respect to service of process on such persons, at two (2) month intervals, or more frequently if warranted by the circumstances. One (1) copy of the status report shall be served on the Court (Chambers, Room 12613) when the original is filed.

                                                **BY THE COURT:**

                                                /s/ Jan E. DuBois
                                                   JAN E. DUBOIS, J.