UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| USA TECHNOLOGIES, INC. | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | |
| v. | : | NO.: 09-3899 |
| | : | |
| JOHN DOE AND JANE DOE | : | |
| ANONYMOUS INTERNET WEBSITE | : | |
| BLOGGERS OPERATING AS | : | |
| MICHAEL_MOORE_IS_FAT AND | : | |
| STOKKLERK | : | |
| Defendants. | : | |

### USA TECHOLOGIES, INC.'S STATUS REPORT

Pursuant to the Honorable Jan E. DuBois's Order dated December 9, 2009, the following is a status report in the above captioned matter. On September 24, 2009, USA Technologies, Inc. (hereinafter "USAT") served a subpoena on Yahoo! Inc. On October 15, 2009, Stokklerk filed a Motion to Quash the subpoena in the United States District Court for the Northern District of California, San Francisco Division, no. CV 09-80275 MISC (SI). A hearing was held on December 18, 2009, and the attached Minute Entry was entered. No further Order has been entered by the Court to date.

LURIO & ASSOCIATES, P.C.

BY: Margaret Sherry Lurio    MSL7613
Margaret Sherry Lurio, Esquire
One Commerce Square
2005 Market Street, Suite 3320
Philadelphia, PA 19103
(215) 665-9300
mlurio@luriolaw.com
Attorney for Plaintiff USA
Technologies, Inc.

**(2 minutes)**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CIVIL PRETRIAL MINUTES

Date: 12/18/09

Case No.    C-09-80275 MISC  SI         Judge:  SUSAN ILLSTON

Title: USA TECHNOLOGIES  -v- JOHN DOE

Attorneys: J. Williams          K. Opsahl, M. Zimmerman, D. Given


Deputy Clerk: Tracy Sutton  Court Reporter: L. Zinn

### **PROCEEDINGS**

1)   Motion to Quash - HELD

2) _____

3) _____

Order to be prepared by:  (  )Pltf   (  )Deft   ( X )Court

Disposition :  ( X ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                    PART

Case continued to    @ 3:00 p.m.. for Further Case Management Conference

Case continued to    @ 9:00 a.m.   for Motions
(Motion due , Opposition  Reply )

Case continued to   @ 3:30 p.m.  for Pretrial Conference

Case continued to   @ 8:30 a.m.  for Trial (: Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING: