IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| USA TECHNOLOGIES, INC., | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| | : | |
| vs. | : | NO. 09-3899 |
| | : | |
| JOHN DOE and JANE DOE | : | |
| ANONYMOUS INTERNET WEBSITE | : | |
| BLOGGERS OPERATING AS | : | |
| MICHAEL_MOORE_IS_FAT AND | : | |
| STOKKLERK | : | |
| Defendant. | : | |

**O R D E R**

**AND NOW**, this 18th day of February, 2010, upon consideration of USA Technologies, Inc.'s Status Report (Document No. 8, filed February 17, 2010), **IT IS ORDERED** that, on or before February 25, 2010, USA Technologies, Inc., shall file and serve a report in which it advises the Court whether the action can be marked dismissed without prejudice.

BY THE COURT:

/s/ Jan E. DuBois
JAN E. DUBOIS, J.