IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| USA TECHNOLOGIES, INC., | : | CIVIL ACTION |
|     Plaintiff | : | |
| | : | |
| | : | |
| vs. | : | NO. 09-3899 |
| | : | |
| JOHN DOE and JANE DOE | : | |
| ANONYMOUS INTERNET WEBSITE | : | |
| BLOGGERS OPERATING AS | : | |
| MICHAEL_MOORE_IS_FAT AND | : | |
| STOKKLERK | : | |
|     Defendant. | : | |

## O R D E R

**AND NOW**, this 1st day of March, 2010, upon consideration of USA Technologies, Inc.'s Status Report (Document No. 10, filed February 25, 2010), **IT IS ORDERED** that, on or before April 12, 2010, USA Technologies, Inc., shall file and serve a report in which it advises the Court whether the action can be marked dismissed without prejudice.

BY THE COURT:

/s/ Jan E. DuBois
**JAN E. DUBOIS, J.**