# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| USA TECHNOLOGIES, INC., | : | CIVIL ACTION |
| **Plaintiff** | : | |
| | : | |
| | : | |
| vs. | : | NO. 09-3899 |
| | : | |
| JOHN DOE and JANE DOE | : | |
| ANONYMOUS INTERNET WEBSITE | : | |
| BLOGGERS OPERATING AS | : | |
| MICHAEL_MOORE_IS_FAT AND | : | |
| STOKKLERK | : | |
| **Defendant.** | : | |

## O R D E R

**AND NOW**, this 12th day of April, 2010, upon consideration of USA Technologies, Inc.'s Status Report Submitted in Accordance With March 1, 2010 Order, **IT IS ORDERED** that USA Technologies, Inc., shall continue to file and serve status reports at two (2) month intervals or more frequently if warranted by the circumstances. One (1) copy of each status report shall be served on the Court (Chambers, Room 12613) when the original is filed.

BY THE COURT:

/s/ Jan E. DuBois
JAN E. DUBOIS, J.