**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **USA TECHNOLOGIES, INC.** : | |
| Plaintiff, : | CIVIL ACTION |
| : | |
| v. : | NO.: 09-3899 |
| : | |
| **JOHN DOE AND JANE DOE** : | |
| **ANONYMOUS INTERNET WEBSITE** : | |
| **BLOGGERS OPERATING AS** : | |
| **MICHAEL_MOORE_IS_FAT AND** : | |
| **STOKKLERK** : | |
| Defendants. : | |

## NOTICE OF DISMISSAL

TO THE CLERK:

Kindly enter an Order dismissing the above-captioned matter with prejudice.

LURIO & ASSOCIATES, P.C.

BY: /s/ Margaret Sherry Lurio MSL7613
Margaret Sherry Lurio, Esquire
One Commerce Square
2005 Market Street, Suite 3320
Philadelphia, PA 19103
(215) 665-9300
mlurio@luriolaw.com
Attorney for Plaintiff
USA Technologies, Inc.